FRAZIER *et al.* v. BROYLES *et al.,* and *vice versa.*

PER CURIAM. These cases, upon the main bill and cross-bill of exceptions, are controlled by the ruling made in the case of *Frazier* v. *Broyles,* 145 *Ga.* 642 (89 S. E. 743).

*Judgment on the main bill of exceptions affirmed. Cross-bill of exceptions dismissed. All the Justices concur, except Gilbert, J., not presiding.*

SEPTEMBER 21, 1916.

Equitable petition. Before Judge Smith. DeKalb superior court. August 12, 1915.

*Bachman & Simmons,* for plaintiffs.

*Green, Tilson & McKinney,* for defendants.